**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**ASHLAND DIVISION**
**CIVIL ACTION NO. 0:16-cv-94-HRW**

**THE UNITED STATES OF AMERICA,**

**PLAINTIFF**

v.

**PLAINTIFF'S REPLY TO DEFENDANT,**
**KENTUCKY REVENUE CABINET AND BOYD COUNTY, KENTUCKY'S**
**COUNTERCLAIM AND CROSS-CLAIM**

**AMANDA DAWN ANDERSON, NKA AMANDA THOMPSON, ET AL.,**

**DEFENDANTS**

\*\* \*\* \*\* \*\* \*\*

Now comes Plaintiff, The United States of America, by and through undersigned counsel, and for its reply to the Counterclaim and Cross-Claim of Defendant, Kentucky Revenue Cabinet and Boyd County, Kentucky, states as follows:

**REPLY TO THE CROSS-CLAIM/COUNTERCLAIM**

1. With regard to Paragraph 1 of the Counterclaim and Cross-Claim, Plaintiff denies the allegations contained therein for want of knowledge sufficient to form a belief as to their truth or falsity.

**2.** Plaintiff denies any averment not specifically admitted herein.

## DEFENSES AND AFFIRMATIVE DEFENSES

1. Defendant's Counterclaims and Cross-Claims fail to state claims upon which relief may be granted pursuant to Kentucky Rule of Civil Procedure 12.02.

2. Plaintiff herein reserves the right to supplement its affirmative defenses and defenses as necessary.

Respectfully submitted,

Clunk, Paisley & Associates, PSC

*/s/ Travis W. Thompson* _____
Travis W. Thompson KBA No. 91275
Jason A. Whitacre KBA No. 09609
Attorneys for Plaintiff
2360 Chauvin Drive, Suite 204
Lexington, KY 40517-3917
Telephone: 502-867-6758
Facsimile: 502-867-6761
Email: info@clunkpaisley.com

THE LAW OFFICES OF CLUNK, PAISLEY AND ASSOCIATES, P.S.C. is attempting in this action to collect a debt, any information provided to such Party will be used for that purpose, and this is a communication from a debt collector.

## **CERTIFICATE OF SERVICE**

This will certify that on this 4th day of October, 2016, I electronically filed the foregoing document into the Court's record of this action by using the Court's CM/ECF Electronic Filing System, which will send a notice of the electronic filing to:

Patrick M. Hedrick, Esq.
Assistant Boyd County Attorney
P.O. Box 425
Catlettsburg, Kentucky 41129
*Attorney for Kentucky Revenue Cabinet and Boyd County, Kentucky*

**Via regular U.S. Mail to:**

Amanda Dawn Anderson
Nka Amanda Thompson
18021 Anthony Ave.
Country Club Hills, IL 60478-5040

George Wesley Thompson, Jr.
5831 Cline Dr.
Ashland, KY 41102-4822

Atlantic Credit & Finance, Inc.
c/o Lexis Document Services, Inc.
421 W. Main Street
Frankfort, KY 40601

Hudson & Keyse, LLC
382 Blackbrook Road
Painesville, OH 44077

Commonwealth of Kentucky,
Division of Collections,
Department of Revenue
c/o Attorney General, Capitol Building
700 Capitol Avenue, STE 118
Frankfort, KY 40601

                                                __*/s/ Travis W. Thompson*_____
                                                    Travis W. Thompson